AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| | |
|---|---|
| Jairo Rodriguez <br> *Plaintiff(s)* <br> v. <br> Woodside Auto Parts, LLC and David Myones <br> *Defendant(s)* | Civil Action No. 23-cv-9173 DLI-TAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Woodside Auto Parts, LLC - 3742 58th Street, Woodside, New York 11377
David Myones - (place of employment) 3742 58th Street, Woodside, New York 11377

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Akin & Salaman - 45 Broadway Suite 1420, NY, NY 10006.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 12/15/2023

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*