UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
JAIRO RODRIGUEZ,                          Case No. 23-CV-9173 (DLI) TAM

                 Plaintiff,           **JUDGMENT PURSUANT TO F.R.C.P RULE 68**

      -against-

WOODSIDE AUTO PARTS, LLC and
DAVID MYONES,

               Defendants.
---------------------------------------------------X

        **WHEREAS**, on May 3, 2024, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Woodside Auto Parts, LLC and David Myones (collectively, "Defendants"), extended to Plaintiff Jairo Rodriguez, an offer of judgment against them, in the amount of Fifteen Thousand Dollars and Zero Cents ($15,000.00), inclusive of all costs and fees, including all attorneys' fees;

        **WHEREAS**, on May 3, 2024, Plaintiff accepted Defendants' Offer of Judgment;

        IT IS **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiff and against Defendants in the amount of Fifteen Thousand Dollars and Zero Cents ($15,000.00).

Dated: Brooklyn, New York                           BRENNA B. MAHONEY
         May 7, 2024                                     CLERK OF COURT
                                                   by: *Jalitza Poveda*
                                                           Deputy Clerk